# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Teang Liu, | No. CV-25-04532-PHX-DWL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

In light of Petitioner's supplemental reply (Doc. 11),

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part and denied without prejudice in part**.

**IT IS FURTHER ORDERED** that Respondents must immediately release Petitioner from custody under appropriate supervision and provide a notice of compliance no later than December 23, 2025.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and that the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of December, 2025.

Dominic W. Lanza
United States District Judge